IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR111-076 |
| | ) | |
| PAUL DOUGLAS TAYLOR | ) | |

## **O R D E R**

The defendant, Paul Douglas Taylor, was sentenced by this court on November 21, 2011. Surety, Howard Taylor, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Howard Taylor at 2557 Wheeles Road, Augusta, Georgia 30906.

This 14th day of February, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA